There are no Nebraska Court of Appeals opinions for release the week of August 12, 2014.